UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: bankruptcy123@comcast.net

Order Filed on August 8, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

EMMETT BROWN,

DEBTOR

Case No.:         15-11946

Chapter:             13

Judge:              JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 8, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____4/27/16_____ :

Property:    871 PENNSYLVANIA AVE., UNION, NJ

Creditor:    DITECH FINANCIAL

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____DEBTOR_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____12/2/16_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*