UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                          : Case No.:    15-11946
  Emmett R Brown                                :
                                                : Adv. No.:    _____
                                                :
                                                : Judge:       Sherwood
                                                :
         Debtor (s),                            :
_____       : Chapter:     13

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____John K. Sherwood_____, United States Bankruptcy Judge.

**Reason for Hearing:**   Certification in Opposition to Certification of Default of Standing Trustee, re: Debtors Failure to Sell or Refinance Real Property

**Location of Hearing:**   Courtroom No. 3D
                           US BANKRUPTCY COURT
                           50 WALNUT STREET, 3RD FL
                           NEWARK, NJ 07102

**Date and Time:**   September 22, 2016 @ 9:00 am,
                     or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ✔ ARE REQUIRED     ____ ARE NOT REQUIRED


DATED:    August 16, 2016                    JAMES J. WALDRON, Clerk


## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 16, 20 16 the foregoing notice was served on the following:  Debtor, Debtor's Attorney, Trustee



JAMES J. WALDRON, Clerk


*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-11946-JKS
Emmett R Brown                                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 16, 2016
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.
db             +Emmett R Brown,   871 Pennsylvania Avenue,   Union, NJ 07083-6929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2016 at the address(es) listed below:
     Herbert B. Raymond    on behalf of Debtor Emmett R Brown bankruptcy123@comcast.net,
     jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
     Joshua I. Goldman    on behalf of Creditor    Secretary of Veterans Affairs of Washington. D.C jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
     Marie-Ann Greenberg    magecf@magtrustee.com
     Nicholas V. Rogers    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC., as servicer for SECRETARY OF VETERANS AFFAIRS OF WASHINGTON. D.C. bankruptcy@feinsuch.com
                                                                                                       TOTAL: 4