| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Raymond and Raymond, Esqs.<br>Attorneys at Law<br>7 Glenwood Avenue, 4^TH^ Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: bankruptcy123@comcast.net<br>Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon<br>Attorneys for the Debtor(s) | **Order Filed on August 29, 2016<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>EMMETT BROWN,  DEBTOR(S) | Case No.: 15-11946 (JKS)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: JOHN SHERWOOD |

## ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: August 29, 2016**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Emmett Brown,  Debtor(s)

Case no.: 15-11946 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$800.00** for services rendered and expenses in the amount **$0.00**  for a total of **$800.00**.  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____  outside the plan.

    This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.