UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

**Order Filed on August 29, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

EMMETT BROWN, DEBTOR(S)

Case No.: 15-11946 (JKS)

Adv. No.:

Hearing Date:

Judge: JOHN SHERWOOD

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: August 29, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

```
 1  Page 2
 2  Debtor: Emmett Brown,  Debtor(s)
 3  Case no.: 15-11946 (JKS)
 4  Caption of order: Order Granting Supplemental Counsel Fees
    _____
 5
        The applicant having certified that legal work supplemental
 6
    to basic Chapter 13 services has been rendered, and no objections
 7
    having been raised:
 8
        ORDERED that Herbert B. Raymond, Esq., the applicant, is
 9
    allowed a fee of $800.00 for services rendered and expenses in
10
    the amount $0.00   for a total of $800.00.  The allowance shall
11
    be payable
12
        ___XXXX___  through the Chapter 13 plan as an administrative
13
    priority.
14
        _____  outside the plan.
15
        This fee shall be payable to Debtor's counsel
16
    notwithstanding the dismissal of the case.
```

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 15-11946-JKS
Emmett R Brown                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 29, 2016
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
db              +Emmett R Brown,    871 Pennsylvania Avenue,    Union, NJ 07083-6929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2016 at the address(es) listed below:
      Herbert B. Raymond    on behalf of Debtor Emmett R Brown bankruptcy123@comcast.net,
       jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
      Joshua I. Goldman    on behalf of Creditor    Secretary of Veterans Affairs of Washington. D.C
       jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Nicholas V. Rogers    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC., as servicer for
       SECRETARY OF VETERANS AFFAIRS OF WASHINGTON. D.C. bankruptcy@feinsuch.com
                                                                                                        TOTAL: 4