# RAYMOND & RAYMOND
**Attorneys at Law**

Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.

7 Glenwood Avenue, 4th Fl., Ste. 408
East Orange, NJ 07017
Telephone (973) 675-5622
Facsimile (408) 519-6711
Voice-Mail/Alt. Fax (815) 642-4613
Email: bankruptcy123@comcast.net
Website: www.bankruptcylaw123.com

February 7, 2017

Honorable John Sherwood, U.S.B.J.
U.S. Bankruptcy Court
50 Walnut St., 3rd Floor
Newark, NJ 07102

    Re: Emmett Brown, Debtor(s)
       15-11946 (JKS)
       Chapter 13
    Proceeding: Trustee Default Certification
    Hearing Date: To Be Determined

Dear Judge Sherwood:

    Please accept this letter in limited response to the Trustee's Default Certification. The default is based on the fact that the debtor has failed to receive a loan modification.

    This is correct. However, my office has learned from third parties that the debtor is seriously ill. We are attempting to discuss other options with the debtor such as selling the property. However, his health has prevented this thus far.

    I therefore would request the court schedule a hearing on the matter to avoid automatic dismissal.

                            Respectfully submitted,

                            /S/ HERBERT B. RAYMOND, ESQ.
                            -------------------------------
                            HERBERT B. RAYMOND, ESQ.