Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15–11946–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Emmett R Brown
871 Pennsylvania Avenue
Union, NJ 07083

Social Security No.:
xxx–xx–6436

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 24, 2015.

On 3/24/17 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                April 27, 2017
Time:                09:00 AM
Location:            Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 27, 2017
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-11946-JKS
Emmett R Brown                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Mar 27, 2017
                             Form ID: 185          Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
```
db            +Emmett R Brown,   871 Pennsylvania Avenue,   Union, NJ 07083-6929
515310942    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Home Depot Credit Services,   Processing Center,
               Des Moines, IA 50364)
515310919     +Citibank,   PO Box 6001,   Sioux Falls, SD 57117
515310920      Citibank,   PO Box 6077,   Sioux Falls, SD 57117-6077
515310918     +Citibank,   PO Box 6500,   Sioux Falls, SD 57117-6500
515310922     +Citibank/The Home Depot,   Po Box 6497,   Sioux Falls, SD 57117-6497
515310921     +Citibank/The Home Depot,   Citicorp Credit Service,   PO Box 790040,
               Saint Louis, MO 63179-0040
515310923     +Citifinancial,   PO Box 222178,   Charlotte, NC 28222-2178
515310924     +Citifinancial,   PO Box 183041,   Columbus, OH 43218-3041
515310933     +Department of Veterans Affairs,   PO Box 4616,   Buffalo, NY 14240-4616
515310934     +Department of Veterans Affairs,   PO Box 530269,   Atlanta, GA 30353-0269
515310935      Department of Veterans Affairs,   Debt Management Center,
               Bishop Henry Whipple Federal Building,   PO Box 119330,   Saint Paul, MN 55111
515310939     +Elizabethtown Gas,   PO Box 11811,   Newark, NJ 07101-8111
515310938      Elizabethtown Gas,   PO Box 1208,   Newark, NJ 07101
515310937      Elizabethtown Gas,   PO Box 1450,   Elizabeth, NJ 07207-1450
515310936     +Elizabethtown Gas,   PO Box 4569,   Atlanta, GA 30302-4569
515310941      Home Depot,   PO Box 689100,   Des Moines, IA 50368
515310943     +Kivitz McKeever Lee,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
515310944     +Kivitz McKeever Lee, ESQ,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
515310945     +Kivitz McKeever Lee, PC,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
515310946     +Kivitz McKeever Lee, PC ESQ,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
515310947      Kivitz, McKeever & Lee,   216 Haddon Avenue,   Westmont, NJ 08108
515310948     +Onemain Financial,   PO Box 499,   Hanover, MD 21076-0499
515310955      PSEG,   PO Box 14106,   New Brunswick, NJ 08906
515310951      PSEG,   PO Box 14104,   New Brunswick, NJ 08906-4104
515310952     +PSEG,   PO Box 14444,   New Brunswick, NJ 08906-4444
515310956     +Secretary of Veteran's Affairs,   Attn: Kivitz, McKeever and Lee, PC,   701 Market Street,
               Philadelphia, PA 19106-1538
515714857      Secretary of Veterans Affairs of Washington. D.C,   c/o Residential Credit Solutions, Inc.,
               P.O. Box 163229,   Fort Worth, Texas 76161-3229
515569090      Secretary of Veterans Affairs of Washington. D.C.,   c/o Residential Credit Solutions, Inc.,
               PO Box 163229,   Fort Worth, TX 76161-3229
515310957    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,   PO Box 17187,   Baltimore, MD 21297)
515310960     +Toyota Motor Credit,   PO Box 5856,   Carol Stream, IL 60197-5856
515310961     +Toyota Motor Credit Company,   Toyota Financial Services,   PO Box 8026,
               Cedar Rapids, IA 52408-8026
515310962     +Veteran's Administration,   Regional Loan Center,   1240 East Ninth Street,
               Cleveland, OH 44199-2001
515310963     +Veteran's Affairs,   PO Box 11930,   Saint Paul, MN 55111-0930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2017 22:42:57      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2017 22:42:56      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515310925     +E-mail/Text: creditonebknotifications@resurgent.com Mar 27 2017 22:42:53      Credit One Bank,
               PO Box 98873,   Las Vegas, NV 89193-8873
515310927     +E-mail/Text: creditonebknotifications@resurgent.com Mar 27 2017 22:42:53      Credit One Bank,
               Po Box 98875,   Las Vegas, NV 89193-8875
515310928     +E-mail/Text: creditonebknotifications@resurgent.com Mar 27 2017 22:42:53      Credit One Bank,
               PO Box 80015,   Los Angeles, CA 90080-0015
515310929     +E-mail/Text: creditonebknotifications@resurgent.com Mar 27 2017 22:42:53      Credit One Bank,
               PO Box 60500,   City Of Industry, CA 91716-0500
515310932     +E-mail/Text: DMCCO.VBASPL@va.gov Mar 27 2017 22:43:00      Department of Veteran Affairs,
               Debit Management Center,   PO Box 11930,   Saint Paul, MN 55111-0930
515534805      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2017 22:33:11
               LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
515539033      E-mail/PDF: cbp@onemainfinancial.com Mar 27 2017 22:38:40
               OneMain Financial Issuance Trust 2014-1,   P.O. Box 6042,   Sioux Falls, SD 57117-6042
515310950     +E-mail/PDF: cbp@onemainfinancial.com Mar 27 2017 22:38:35      Onemain Financial,
               PO Box 183172,   Columbus, OH 43218-3172
515568047      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2017 22:38:32
               Portfolio Recovery Associates, LLC,   c/o The Home Depot,   POB 41067,   Norfolk VA 23541
515310954     +E-mail/Text: bankruptcy@pseg.com Mar 27 2017 22:42:51      PSEG,   PO Box 490,
               Cranford, NJ 07016-0490
515310953      E-mail/Text: bankruptcy@pseg.com Mar 27 2017 22:42:51      PSEG,   PO Box 790,
               Cranford, NJ 07016-0790
```

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Mar 27, 2017
                               Form ID: 185             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516609768        +E-mail/Text: bankruptcy.bnc@ditech.com Mar 27 2017 22:42:55
                  The Secretary of Veterans Affairs,   c/o Ditech Financial LLC,   PO Box 6154,
                  Rapid City SD 57709-6154,    The Secretary of Veterans Affairs,
                  c/o Ditech Financial LLC 57709-6154
516609767         E-mail/Text: bankruptcy.bnc@ditech.com Mar 27 2017 22:42:55
                  The Secretary of Veterans Affairs,   c/o Ditech Financial LLC,   PO Box 6154,
                  Rapid City SD 57709-6154
                                                                               TOTAL: 15


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515310926*       +Credit One Bank,   P0 Box 98873,   Las Vegas, NV 89193-8873
515310930*       +Credit One Bank,   PO Box 98873,   Las Vegas, NV 89193-8873
515310931*       +Credit One Bank,   Po Box 98875,   Las Vegas, NV 89193-8875
515310940*       +Elizabethtown Gas Inc.,   PO Box 4569,   Atlanta, GA 30302-4569
515310949*       +Onemain Financial,   P0 Box 499,   Hanover, MD 21076-0499
515310958*       ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                  (address filed with court:  Toyota Financial Services,   PO Box 371339,   Pittsburgh, PA 15250)
515310959*       ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                  (address filed with court:  Toyota Motor Credit,   19001 South Western Avenue,   PO Box 2958,
                  Torrance, CA 90509)
                                                                               TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Secretary of Veterans Affairs of Washington. D.C
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Emmett R Brown bankruptcy123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Joshua I. Goldman    on behalf of Creditor    Secretary of Veterans Affairs of Washington. D.C
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          R. A. Lebron    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC., as servicer for
           SECRETARY OF VETERANS AFFAIRS OF WASHINGTON. D.C. bankruptcy@feinsuch.com
                                                                               TOTAL: 5
```