Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−11946−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Emmett R Brown
   871 Pennsylvania Avenue
   Union, NJ 07083

Social Security No.:
   xxx−xx−6436

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/7/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 7, 2017
JAN: zlh

Jeanne Naughton
Clerk

Case 15-11946-JKS    Doc 89    Filed 06/09/17    Entered 06/10/17 00:38:32    Desc Imaged
                          Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-11946-JKS
Emmett R Brown                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 2              Date Rcvd: Jun 07, 2017
                                Form ID: 148             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2017.
```
db            +Emmett R Brown,    871 Pennsylvania Avenue,    Union, NJ 07083-6929
515310942    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:  Home Depot Credit Services,    Processing Center,
                Des Moines, IA 50364)
515310921     +Citibank/The Home Depot,    Citicorp Credit Service,    P0 Box 790040,
                Saint Louis, MO 63179-0040
515310923     +Citifinancial,    PO Box 222178,    Charlotte, NC 28222-2178
515310924     +Citifinancial,    P0 Box 183041,    Columbus, OH 43218-3041
515310933     +Department of Veterans Affairs,    P0 Box 4616,    Buffalo, NY 14240-4616
515310934     +Department of Veterans Affairs,    PO Box 530269,    Atlanta, GA 30353-0269
515310935      Department of Veterans Affairs,    Debt Management Center,
                Bishop Henry Whipple Federal Building,    PO Box 119330,    Saint Paul, MN 55111
515310938      Elizabethtown Gas,    PO Box 1208,    Newark, NJ 07101
515310939     +Elizabethtown Gas,    P0 Box 11811,    Newark, NJ 07101-8111
515310937      Elizabethtown Gas,    PO Box 1450,    Elizabeth, NJ 07207-1450
515310936      Elizabethtown Gas,    PO Box 4569,    Atlanta, GA 30302-4569
515310941      Home Depot,    PO Box 689100,    Des Moines, IA 50368
515310943     +Kivitz McKeever Lee,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
515310944     +Kivitz McKeever Lee, ESQ,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
515310945     +Kivitz McKeever Lee, PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
515310946     +Kivitz McKeever Lee, PC ESQ,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
515310947      Kivitz, McKeever & Lee,    216 Haddon Avenue,    Westmont, NJ 08108
515310948     +Onemain Financial,    P0 Box 499,    Hanover, MD 21076-0499
515310955      PSEG,   P0 Box 14106,    New Brunswick, NJ 08906
515310952     +PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
515310951      PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
515310956     +Secretary of Veteran's Affairs,     Attn: Kivitz, McKeever and Lee, PC,    701 Market Street,
                Philadelphia, PA 19106-1538
515714857      Secretary of Veterans Affairs of Washington. D.C,    c/o Residential Credit Solutions, Inc.,
                P.O. Box 163229,    Fort Worth, Texas 76161-3229
515569090      Secretary of Veterans Affairs of Washington. D.C.,    c/o Residential Credit Solutions, Inc.,
                PO Box 163229,    Fort Worth, TX 76161-3229
515310960     +Toyota Motor Credit,    PO Box 5856,    Carol Stream, IL 60197-5856
515310962     +Veteran's Administration,    Regional Loan Center,    1240 East Ninth Street,
                Cleveland, OH 44199-2001
515310963     +Veteran's Affairs,    PO Box 11930,    Saint Paul, MN 55111-0930
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2017 22:33:42      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2017 22:33:39      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515310918     +EDI: CITICORP.COM Jun 07 2017 22:13:00      Citibank,    PO Box 6500,
                Sioux Falls, SD 57117-6500
515310919     +EDI: CITICORP.COM Jun 07 2017 22:13:00      Citibank,    PO Box 6001,    Sioux Falls, SD 57117
515310920      EDI: CITICORP.COM Jun 07 2017 22:13:00      Citibank,    PO Box 6077,
                Sioux Falls, SD 57117-6077
515310922     +EDI: CITICORP.COM Jun 07 2017 22:13:00      Citibank/The Home Depot,    Po Box 6497,
                Sioux Falls, SD 57117-6497
515310925     +EDI: RCSFNBMARIN.COM Jun 07 2017 22:13:00      Credit One Bank,    P0 Box 98873,
                Las Vegas, NV 89193-8873
515310927     +EDI: RCSFNBMARIN.COM Jun 07 2017 22:13:00      Credit One Bank,    Po Box 98875,
                Las Vegas, NV 89193-8875
515310928     +EDI: RCSFNBMARIN.COM Jun 07 2017 22:13:00      Credit One Bank,    P0 Box 80015,
                Los Angeles, CA 90080-0015
515310929     +EDI: RCSFNBMARIN.COM Jun 07 2017 22:13:00      Credit One Bank,    PO Box 60500,
                City Of Industry, CA 91716-0500
515310932     +E-mail/Text: DMCCO.VBASPL@va.gov Jun 07 2017 22:34:35      Department of Veteran Affairs,
                Debit Management Center,    PO Box 11930,    Saint Paul, MN 55111-0930
515534805      EDI: RESURGENT.COM Jun 07 2017 22:13:00      LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
515539033      EDI: AGFINANCE.COM Jun 07 2017 22:13:00      OneMain Financial Issuance Trust 2014-1,
                P.O. Box 6042,    Sioux Falls, SD 57117-6042
515310950     +EDI: AGFINANCE.COM Jun 07 2017 22:13:00      Onemain Financial,    PO Box 183172,
                Columbus, OH 43218-3172
515568047      EDI: PRA.COM Jun 07 2017 22:13:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                POB 41067,    Norfolk VA 23541
515310954     +E-mail/Text: bankruptcy@pseg.com Jun 07 2017 22:32:56      PSEG,    PO Box 490,
                Cranford, NJ 07016-0490
515310953      E-mail/Text: bankruptcy@pseg.com Jun 07 2017 22:32:56      PSEG,    PO Box 790,
                Cranford, NJ 07016-0790
```

```
District/off: 0312-2         User: admin              Page 2 of 2             Date Rcvd: Jun 07, 2017
                             Form ID: 148             Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515310957        EDI: TFSR.COM Jun 07 2017 22:13:00     Toyota Financial Services,   PO Box 17187,
                 Baltimore, MD 21297
515310958        EDI: TFSR.COM Jun 07 2017 22:13:00     Toyota Financial Services,   PO Box 371339,
                 Pittsburgh, PA 15250
515310959        EDI: TFSR.COM Jun 07 2017 22:13:00     Toyota Motor Credit,   19001 South Western Avenue,
                 PO Box 2958,   Torrance, CA 90509
516609768        +E-mail/Text: bankruptcy.bnc@ditech.com Jun 07 2017 22:33:22
                 The Secretary of Veterans Affairs,    c/o Ditech Financial LLC,   PO Box 6154,
                 Rapid City SD 57709-6154,    The Secretary of Veterans Affairs,
                 c/o Ditech Financial LLC 57709-6154
516609767         E-mail/Text: bankruptcy.bnc@ditech.com Jun 07 2017 22:33:22
                 The Secretary of Veterans Affairs,    c/o Ditech Financial LLC,   PO Box 6154,
                 Rapid City SD 57709-6154
515310961        +EDI: TFSR.COM Jun 07 2017 22:13:00     Toyota Motor Credit Company,   Toyota Financial Services,
                 P0 Box 8026,   Cedar Rapids, IA 52408-8026
                                                                                             TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515310926*       +Credit One Bank,   P0 Box 98873,   Las Vegas, NV 89193-8873
515310930*       +Credit One Bank,   PO Box 98873,   Las Vegas, NV 89193-8873
515310931*       +Credit One Bank,   Po Box 98875,   Las Vegas, NV 89193-8875
515310940*       +Elizabethtown Gas Inc.,   PO Box 4569,   Atlanta, GA 30302-4569
515310949*       +Onemain Financial,   P0 Box 499,   Hanover, MD 21076-0499
                                                                                             TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:

```
          Denise E. Carlon     on behalf of Creditor    Secretary of Veterans Affairs of Washington. D.C
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Herbert B. Raymond     on behalf of Debtor Emmett R Brown bankruptcy123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Joshua I. Goldman     on behalf of Creditor    Secretary of Veterans Affairs of Washington. D.C
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          R. A. Lebron     on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC., as servicer for
           SECRETARY OF VETERANS AFFAIRS OF WASHINGTON. D.C. bankruptcy@feinsuch.com
                                                                                             TOTAL: 5
```